Family Court, Graney, J.—Abuse.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ In the Matter of RHIANNON B., a Child Alleged to be Abused. CLARANNE B., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [656 NYS2d 999] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhiannon B.*, 237 AD2d 935 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Order of Protection.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ In the Matter of JONATHAN B., a Child Alleged to be Neglected. CLARANNE B., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 3.) [656 NYS2d 1008] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhiannon B.* (237 AD2d 935 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ In the Matter of JACOB B., a Child Alleged to be Neglected. CLARANNE B., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 4) [656 NYS2d 999] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhiannon B.* (237 AD2d 935 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ In the Matter of JESSIE R., a Child Alleged to be Neglected. CLARANNE B., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 5.) [656 NYS2d 999] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhiannon B.* (237 AD2d 935 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Neglect.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ In the Matter of JACOB B. and Others, Children Alleged to be Neglected. CLARANNE B., Appellant; GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 6.) [656 NYS2d 1000] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rhiannon B.* (237 AD2d 935 [decided herewith]). (Appeal from Order of Genesee County Family Court, Graney, J.—Order of Protection.) Present—Denman, P. J., Pine, Lawton, Balio and Boehm, JJ.

█ JOHN J. CAFARELLA, Respondent, v HARRISON RADIATOR DIVISION OF GENERAL MOTORS, Appellant. [654 NYS2d 910] —Or-